PARKINSON and another, Partners, Appellants, vs. HOESCHLER, Respondent.

For the appellants: *T. H. Skemp* and *Hale & Burke,* all of La Crosse.

For the respondent: *William H. Stevenson* and *George H. Gordon, Law & Gordon,* all of La Crosse.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 3, 1936.

ESTATE OF WAGNER: YOUNG, Claimant, Appellant, vs. RYLANDER, Administratrix, Respondent.

For the appellant: *William C. Seefeld* of Milwaukee.
For the respondent: *J. E. Kitzke* of Milwaukee.

*By the Court.*—Judgment affirmed.

FITZGERALD, Respondent, vs. WESTPHAL, Appellant.

For the appellant: *Hayes & Hayes* and *D. J. Regan,* attorneys, and *William A. Hayes* of counsel, all of Milwaukee.

For the respondent: *J. E. O'Brien* of Fond du Lac, attorney, and *Walter D. Corrigan, Sr.,* of counsel of Milwaukee.

*By the Court.*—Judgment affirmed.